**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SNB 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for ANNA MARIA KAPODISTRIAS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. S-06-367-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO AMOUNT OF RESTITUTION |
| vs. | Date:  December 14, 2007 |
| | Time:  9:00 a.m. |
| ANNA MARIA KAPODISTRIAS | Court:  Honorable Garland E. Burrell, Jr. |
| Defendant. | |

Defendant, ANNA MARIA KAPODISTRIAS, by and through her undersigned attorney, Johnny L. Griffin III, and the United States of America, by and through Assistant United States, Attorney Laurel White, hereby agree and stipulate to the restitution amount recommendation by the United States Probation Officer Karen A. Muesling.  Specifically, Defendant shall pay restitution in the amount of $44,320 jointly and severally with co-defendant, Deonte Santos.

Dated: December 13, 2007

                                                  Respectfully submitted,

                                                 /s/ Johnny L. Griffin, III
                                                JOHNNY L. GRIFFIN, III
                                                Attorney for Anna Maria Kapodistrias

Dated: December 13, 2007              Respectfully submitted,


                                       /s/ Laurel White        _____
                                      Laurel White[2]
                                      Assistant United States Attorney



                                      **ORDER**


    **IT IS SO ORDERED.**

Dated:  December 13, 2007



                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

[2]  Assistant United States Attorney Laurel White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

STIPULATION AND ORDER - 2